In the Matter of the Compensation of
the Beneficiaries of Archie L. Deloney
(Deceased), Claimant.

DELONEY,
*Petitioner,*

*v.*

NORTHWEST MARINE IRON WORKS,
*Respondent.*

(82-09095; CA A31315 (Control))

In the Matter of the Compensation of
the Beneficiaries of Archie L. Deloney
(Deceased), Claimant.

DELONEY,
*Petitioner,*

*v.*

DILLINGHAM SHIP REPAIR,
*Respondent.*

(82-09755; CA A31316)
(Cases Consolidated)

692 P2d 130

Allen T. Murphy, Jr., Portland, argued the cause for
petitioner. With him on the brief was Richardson & Murphy,
Portland.

Kevin L. Mannix, Portland, argued the cause for
respondent Northwest Marine Iron Works. With him on the
brief was Lindsay, Hart, Neil & Weigler, Portland.

Patric J. Doherty, Portland, argued the cause for
respondent Dillingham Ship Repair. With him on the brief
were Dennis R. VavRosky and Rankin, McMurry, VavRosky
& Doherty, Portland.

Before Gillette, Presiding Judge, and Van Hoomissen and
Young, Judges.

PER CURIAM

**PER CURIAM**

In these consolidated workers' compensation cases, the orders of the Workers' Compensation Board dismissing a widow's claims for death benefits on the ground the claims were not timely filed are affirmed. *Fossum v. SAIF,* 289 Or 787, 794, 619 P2d 233 (1980); *Granquist v. SAIF,* 25 Or App 27, 547 P2d 1374 (1976).

Affirmed.